Thomas Dimitre SBN 103721
Thomas Dimitre Attorney at Law LLC
PO Box 801
Ashland, OR 97520
Phone:  541 890 5022
Fax:  5412 488 4601
Email: dimitre@mind.net
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

## OREGON DISTRICT

## MEDFORD DIVISION

| | |
|---|---|
| KLAMATH FOREST ALLIANCE, a California domestic non profit, APPLEGATE NEIGHBORHOOD NETWORK, an Oregon public benefit non Profit, LUKE RUEDIGER, an individual, and ERIC NAVICKAS, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>TOM VILSACK, SECRETARY OF THE DEPARTMENT OF AGRICULTURE, and UNITED STATES DEPARTMENT OF AGRICULTURE<br><br>Defendants | Case No.: 1:22-cv-00180-CL<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(A)(1)(A)** |

PLEASE TAKE NOTICE:

   This action is dismissed by the Plaintiff, it its entirety, without prejudice.

   Each party is responsible for their attorney's fees and costs.

   This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1)(A).

NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(A)(1)(A) - 1

Thomas Dimitre Attorney at Law LLC

By:     /s/ Thomas Dimitre                    Dated:  March 29, 2022
        _____
        Thomas Dimitre
        Attorney for Plaintiffs

NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(A)(1)(A) - 2